**In re NORTHWEST AIRLINES CORPORATION, Debtor,**

**Mark Francis, Appellant,**

v.

**Northwest Airlines Corporation, Appellee.**

**No. 09–0408–bk.**

United States Court of Appeals, Second Circuit.

April 21, 2010.

Mark Francis, pro se, Rosemount, Minnesota, for Appellant.

Gregory M. Petrick and Christopher Updike, Cadwalader, Wickersham & Taft LLP, New York, New York; Bruce R. Zirinsky and Nathan A. Haynes, Greenberg Traurig, LLP, New York, New York, for Appellee.

PRESENT: DENNIS JACOBS, Chief Judge, RALPH K. WINTER, WALKER, Circuit Judges.

### *SUMMARY ORDER*

Appellant Mark Francis appeals from a judgment dismissing his appeal of a bankruptcy court order. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We affirm for substantially the reasons stated in the district court's opinion. *See Francis v. Nw. Airlines Corp.,* No. 08–Civ–6616 (SHS) (S.D.N.Y. Dec. 19, 2008).

Finding no merit in Cook's remaining arguments, we hereby **AFFIRM** the judgment of the district court.